IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JASON ELLIOTT SMITH,

    Plaintiff,

v.                                                        4:22cv171–WS/MJF

DELWYN GERALD WILLIAMS,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORTS AND RECOMMENDATIONS

Before the court are the magistrate judge's first and second reports and recommendations (ECF Nos. 11 & 15) docketed August 18 and October 20, 2022, respectively. The magistrate judge recommends that Plaintiff's motion (ECF No. 14) to voluntarily dismiss his complaint be denied and that his complaint be dismissed for failure to state a claim upon which relief may be granted. Plaintiff has filed no objections (ECF No. 9) to either report and recommendation.

Having reviewed the record, the court finds—as did the magistrate judge—that Plaintiff's claims are due to be dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim.

Accordingly, it is ORDERED:

1. The magistrate judge's reports and recommendations (ECF Nos. 11 & 15) are hereby ADOPTED and incorporated by reference into this order.

2. Plaintiff's "Motion to Voluntarily Dismiss the Case and Motion to Receive a Refund Court Lien/Fees" is DENIED.

3. Plaintiff's complaint and this action are hereby DISMISSED pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim.

4. The clerk shall enter judgment stating: "All claims are dismissed."

5. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(ii).

6. The clerk shall close the case.

DONE AND ORDERED this __29th__ day of __November__, 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE